**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| *Plaintiff-Respondent* | } | |
| | } | |
| v. | } | CRIMINAL ACTION NO. H-03-281 |
| | } | CIVIL ACTION NO. H-05-1070 |
| JOSE MARIO MORALES-RICO, | } | |
| *Defendant-Petitioner* | } | |

**ORDER DISMISSING ACTION**

After careful and independent consideration of the record in this case, the Court

**ORDERS** that Petitioner Jose Mario Morales-Rico's Motion to Vacate, Set Aside

or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and his action **DISMISSED**.

SIGNED at Houston, Texas this 9th day of February, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE